

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

January 14, 2010

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Carl A. Smith v. City of New York, et al.</u>, 09 CV 3537 (BMC)
         <u>Hachim Mondesir, et al. v. City of New York, et al.</u>, 09 CV 3624 (RRM) (JO)

Your Honor:

      Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in <u>Carl A. Smith v. City of New York, et al.</u> We respectfully request that Your Honor endorse the enclosed STIPULATION.

                                        Respectfully submitted,

                                          Brian Francolla
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:    Richard Cardinale, Esq. (By ECF)
        Attorney for Plaintiff Smith
        26 Court Street, Suite 1815
        Brooklyn, New York 11242

        Edward Friedman, Esq. (By ECF)
        Attorney for Plaintiffs Mondesir, Mondesir, Alcide and Castor
        26 Court Street, Suite 1903
        Brooklyn, New York 11242

Shawn D. Fabian, Esq. (by ECF)
Assistant Corporation Counsel, Office of the Corporation Counsel
Attorney for Defendant City of New York in <u>Hachim Mondesir, et al. v. City of New York, et al.</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARL A. SMITH,

                                Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICER
CHRIS J. MADISON, POLICE OFFICER GERALD
CUCHIARA, tax # 938303, SERGEANT JOHN
KOCHER, tax # 924034,

                                Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

09 CV 3537 (BMC)

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about August 14, 2009, and an amended complaint on or about November 14, 2009, alleging that defendants violated his constitutional rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS**, plaintiff has authorized counsel to settle this matter as against defendants on the terms enumerated below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.     The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff CARL SMITH the sum of TWENTY TWO THOUSAND AND FIVE HUNDRED DOLLARS ($22,500.00) in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint and the amended complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to City defendant's attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants or the City of New York that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written

agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 2010

Richard Cardinale, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

By: _____
Richard Cardinale, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York and Police Officer Madison
100 Church Street
New York, New York 10007
(212) 788-0988

By: _____
Brian Francolla
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.